UNITED STATES of America, Plaintiff—Appellee,

v.

Esther Benita KAHUT, Defendant— Appellant.

No. 01–30126.

D.C. No. CR–00–00161–JAR.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 5, 2001.*

Decided Nov. 15, 2001.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lester Marion MOFFET, Defendant–
Appellant.**

No. 00–30216.

D.C. No. CR–99–00121–EJL.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 5, 2001 *.

Decided Nov. 15, 2001.

Before KLEINFELD, McKEOWN and FISHER, Circuit Judges.

MEMORANDUM **

Esther Benita Kahut appeals the sentence imposed following her guilty plea to possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1). Kahut contends that the district court erred in not departing downward an additional two levels, after granting a four level downward departure, based on her deteriorating physical condition. We have no jurisdiction to "review a defendant's appeal from the district court's discretion in fixing the extent of a downward departure." *United States v. Vizcarra–Angulo,* 904 F.2d 22, 23 (9th Cir.1990). Accordingly, the appeal is

DISMISSED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* FED. R. APP. P. 34(a)(2).